# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>GARY THOMAS,<br><br>    Defendant. | Case No.: 2:00-cr-00228-APG-PAL<br><br>**ORDER REGARDING PRESENTENCE INVESTIGATION REPORT**<br><br>[ECF No. 131] |

    Defendant Gary Thomas's motion for a copy of his Presentence Investigation Report (ECF No. 131) is GRANTED. The Probation Office may disclose a copy of that report to Mr. Thomas, as set forth in Local Criminal Rule 32-2(c).

    DATED: September 14, 2018.

                                                      _____
                                                      ANDREW P. GORDON
                                                     United States District Judge